■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER NIOLA, Appellant. [854 NYS2d 900]—Appeal by the defendant from an order of the Supreme Court, Kings County (Sullivan J.), dated March 28, 2007, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the designation of the defendant as a level three sex offender (*see* Correction Law § 168-n [3]; *People v Leeks,* 43 AD3d 1251, 1252 [2007]; *People v Davenport,* 38 AD3d 634, 635 [2007]; *People v Fisher, 36* AD3d 880 [2007]; *People v Inghilleri,* 21 AD3d 404 [2005]; *People v Guaman,* 8 AD3d 545 [2004]). There is no merit to the defendant's contention that he was improperly assessed certain points under the risk assessment instrument, or that he was otherwise entitled to a downward departure from his presumptive risk level three designation (*see People v Williams,* 34 AD3d 662 [2006]; *People v Abdullah,* 31 AD3d 515 [2006]; *People v Lombard,* 30 AD3d 573, 574 [2006]; *see also People v Stevens,* 48 AD3d 536 [2008]; *People v Davenport,* 38 AD3d 634 [2007]; *People v Vaughn,* 26 AD3d 776 [2006]). Ritter, J.P., Covello, Angiolillo and McCarthy, JJ., concur.